UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

————

No. 1:26-cv-01704

————

**Flores Solis,**

*Petitioner,*

v.

**Vergara, et al.,**

*Respondents.*

————

### ORDER VACATING ORDER ADJUSTING BRIEFING DEADLINES

On July 7, 2026, the Court entered an order adjusting the parties' briefing deadlines in light of the Fifth Circuit panel opinion in *Rodriguez v. Ortega*, No. 26-50183, 2026 WL 1906557 (5th Cir. July 2, 2026). ECF No. 6. On July 10, 2026, the Fifth Circuit granted rehearing en banc and vacated the panel's opinion. *See* Nos. 26-50183, 26-50219, 26-50221, Dkt. Nos. 174; 176 (5th Cir. July 10, 2026).

The Court thus vacates its July 7, 2026, order adjusting briefing deadlines, ECF No. 6, and reinstates the deadlines set forth in its original show cause order, ECF No. 4. If Respondents' original response deadline has passed, Respondents have until Tuesday, July 14, 2026, to respond. Petitioner may reply within five days of Respondents' response. If Petitioner's original reply deadline has passed, Petitioner has until Tuesday, July 14, 2026, to reply.

*So ordered by the Court on July 10, 2026.*

ANDREW DAVIS
United States District Judge

1