UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

———

No. 1:26-cv-01704

———

**Flores Solis,**
*Petitioner,*

v.

**Vergara, et al.,**
*Respondents.*

———

### ORDER

On July 27, 2026, Petitioner filed a motion to dismiss his petition for writ of habeas corpus. ECF No. 10. Respondents have not responded. With no response from the government noting or explaining opposition, the motion to dismiss, ECF No. 10, is granted.

This action is dismissed without prejudice. The clerk is directed to close the case.

*So ordered by the Court on August 14, 2026.*

ANDREW DAVIS
United States District Judge

1